WESTFIELD *vs.* THE MAYOR, ETC. OF TOCCOA CITY.

A mere statement entered on the bill of exceptions, and signed by counsel for plaintiff in error, to the effect that said counsel had "this day served" a copy of the bill of exceptions, etc., without affidavit as to such service, is not sufficient, and the case brought up by such bill must be dismissed, there being no appearance for the defendant in error.

May 7, 1888.

Bill of exceptions. Service. Practice in Supreme Court. Before Judge WELLBORN. Habersham county. At chambers, November 21, 1887.

Reported in the decision.

SPENCER M. SMITH and LOUIS DAVIS, by J. A. ANDERSON, for plaintiff in error.

No appearance *contra*.

BLANDFORD, Justice.

In this case, it does not appear that the bill of exceptions was served upon the opposite party, except by a mere statement in writing by counsel for the plaintiff in error, endorsed on the bill of exceptions, as follows: " I have this day served Ed. Schaefer, mayor of Toccoa City."

There is no affidavit that the bill of exceptions was served. There was no appearance here for the defendant. It has been repeatedly ruled by this court that a mere statement of this character is not sufficient to show service; so we are constrained to dismiss the writ of error.

Writ of error dismissed.